**FILED**

**FEB 22 2007**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR21-WHA |
| | ) | [18 USC 922(g)(1)] |
| MITCHELL BRACKNELL | ) | INDICTMENT |

**The Grand Jury charges:**

## COUNT 1

On or about December 29, 2006, in Montgomery County, within the Middle District of Alabama, the defendant,

MITCHELL BRACKNELL,

having been convicted on or about March 23, 2000, of a felony, namely, Receiving Stolen Property, First Degree, (CC 1999-001683), in the Circuit Court of Montgomery County; on or about March 23, 2000, of a felony, namely, Theft of Property, First Degree, (CC 1999-001683), in the Circuit Court of Montgomery County; and, on or about March 23, 2000, of a felony, namely, Breaking and Entering a Motor Vehicle, (CC 1999-001683), in the Circuit Court of Montgomery County; all crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce ammunition, namely, FC 9mm ammunition (15 live rounds), a better description of which is unknown to the grand jury, in violation of Title 18, United

States Code, Section 922(g)(1).

A TRUE BILL:

*[signature: Barbara J. Alexander]*
Foreperson

*[signature: Patricia A. Watson]*
for LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature: Todd A. Brown]*
Todd A. Brown
Assistant United States Attorney