AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**MITCHELL BRACKNELL**

Case No.     2:07cr021-WHA
USM No.     12184-002

_____Nicole Ramos_____
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   __1 of the petition__   of the term of supervision.

☐  was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime | 2/24/11 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3376

Defendant's Year of Birth:     1982

City and State of Defendant's Residence:
        Montgomery, AL

_____August 11, 2011_____
Date of Imposition of Judgment

_____/s/ W. Harold Albritton_____
Signature of Judge

_____W. Harold Albritton, Senior U. S. District Judge_____
Name and Title of Judge

_____8/11/11_____
Date

AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: MITCHELL BRACKNELL
CASE NUMBER: 2:07cr021-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**24 months with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on August 15, 2007, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 24 months.

X  The court makes the following recommendations to the Bureau of Prisons:
   The court recommends that the Defendant be designated to a facility where mental health and cognitive behavioral treatment programs and vocational training is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL